John C. Breslo, Esq.  State Bar No. 014972
  Email: jbreslo@breslolaw.com
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)

Russell G. Petti, Esq., Admitted *Pro Hac Vice*
The Law Offices of Russell G. Petti
  EMail: Rpetti@petti-legal.com
466 Foothill Blvd., #389
La Canada, CA 91011
(818) 952-2162 (TEL)
(818) 952-2186 (FAX)

Attorneys for Plaintiff Eduardo L. Nieves

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Eduardo L. Nieves,<br><br>             Plaintiff,<br><br>       VS.<br><br>The Prudential Insurance Company of America,<br><br>             Defendant. | CASE NO: CV 16-0768 PHX DGC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Eduado L. Nieves hereby provides Notice that the parties to this case have reached a successful resolution of this matter.  Plaintiff respectfully requests that any currently pending dates be taken off calendar, and that the parties be given 30 days in which to file a stipulated Request for Dismissal.

DATED: February 10, 2017          The Breslo Law Firm
                                  The Law Offices of Russell G. Petti

                                  BY    S/*Russell G. Petti*
                                       Russell G. Petti
                                       Attorney for Plaintiff
                                       Eduardo L. Nieves

## Certificate of Service

I hereby certify that on February 10, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John C. Breslo, Esq.
Shelly Renee Hebert, Esq.
Ian H. Morrison, Esq.
Anthony Joseph Fernandez, Esq.

                                           S/*Russell G. Petti*
                                           Russell G. Petti
                                           Counsel for Plaintiff Edwardo Nieves.