# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eduardo L Nieves, | No. CV-16-00768-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Prudential Insurance Company of America, | |
| Defendant. | |

Pursuant to the stipulation of dismissal filed by the parties.  Doc. 37.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 37) is **granted.** This case is dismissed with prejudice, with each party to bear his or its own costs and fees.

Dated this 27th day of March, 2017.

_____
David G. Campbell
United States District Judge